312

opinion filed December 30, 1948; released for publication January 18, 1949. Daley & Lynch, for appellant; Joseph A. Power and Charles D. Snewind, of counsel; Harry A. Biossat and David I. Baim, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.

## John J. Green, Appellee, v. Kenneth Yeager, Appellant. Gen. No. 10,305.

opinion filed January 4, 1949; released for publication January 21, 1949. Mark O. Roberts and Richolson, Wilhelm & Davies, for appellant; Larkin & Berry, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.